UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANDREW ARNOLD and <br> DEBORAH ARNOLD, <br><br> Plaintiffs, <br><br> vs. <br><br> SCHLUMBERGER TECHNOLOGY <br> CORPORATION, <br><br> Defendant. | CASE NUMBER: <br><br> CV 10-00346-KBM-LAM |

## DEFENDANT'S MOTION TO DISMISS

The Defendant, Schlumberger Technology Corporation ("Schlumberger" or "the Defendant"), hereby moves the Court to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6) because the Plaintiffs' claims, as set forth more fully in Schlumberger's memorandum in support of this motion, are time-barred.

**WHEREFORE**, the Defendant prays that the Court dismiss the Plaintiffs' lawsuit, with prejudice and at their cost.

**Respectfully submitted,**

*/s/ Michael S. Hudson*
**Benjamin H. Banta**
**THE KULLMAN FIRM**
1100 Poydras St., Suite 1600
New Orleans, Louisiana  70163
Telephone:  (504) 524-4162
Facsimile:  (504) 596-4189
E-Mail:  bhb@kullmanlaw.com

**Michael S. Hudson**
**THE KULLMAN FIRM**
Court Square Towers
200 6th Street North, Suite 704
Columbus, MS   39701
Telephone:  (662) 244-8824
Facsimile:  (504) 244-8837
E-Mail:  msh@kullmanlaw.com

**Jeffrey Lowry (Local Counsel)**
**RODEY, DICKASON, SLOAN, AKIN & ROBB**
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 768-7264
Facsimile:  (505) 768-7395
E-Mail:  jlowry@rodey.com

### CERTIFICATE OF SERVICE

I certify that on April 19, 2010, I filed the foregoing electronically through the CM/ECF system, which causes the following counsel to be served by electronic means:

**Richard A. Hawthorne, Esq.**
E-Mail:  richardahawthorne@valornet.com
*Attorney for Plaintiffs*


                        */s/ Michael S. Hudson*